

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,772-01

### EX PARTE DEDRIC DIXON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. D-1-DC-17-904062-A IN THE 331ST DISTRICT COURT
### FROM TRAVIS COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of murder and sentenced to eighty eight years' imprisonment. The Third Court of Appeals affirmed his conviction. *Dixon v. State*, No. 03-18-00058-CR (Tex. App.—Austin Aug. 24, 2018) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The trial court made findings of fact and conclusions of law, recommending that relief be denied. This Court adopts the trial court's findings of fact and conclusions of law, with the exception of finding of fact number 10. Based on the trial court's other findings and conclusions and this Court's independent review of the entire record, relief is denied.

Delivered:   June 15th, 2022

Do not publish